DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Richard A. Wilson, ) | CASE NO. 5:10 CV 1629 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT ENTRY |
| v. ) | |
| ) | |
| Officer Kaley, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, defendants John and Jane Ambulance Drivers, and defendant Police Chief of Ravenna, are hereby dismissed from this action.

IT IS SO ORDERED.


 September 10, 2010                   *s/ David D. Dowd, Jr.*
Date                                  David D. Dowd, Jr.
                                      U.S. District Judge