DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Richard A. Wilson, | ) | |
|---|---|---|
| | ) | CASE NO. 5:10 CV 1629 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Officer Kaley, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED and DECREED that defendants' motion to dismiss is GRANTED.

This case is closed, each party to bear their own costs and attorney fees.

The Clerk is directed to mail a copy of this Judgment Entry to plaintiff at his address of record.

IT IS SO ORDERED.

  March 28, 2012                                *s/ David D. Dowd, Jr.*
Date                                              David D. Dowd, Jr.
                                                  U.S. District Judge